UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER, | ) |
| Petitioner, | ) Case No. EDCV 16-273 DOC (AJW) |
| v. | ) |
| STU SHERMAN, WARDEN, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

Dated: July 22, 2016

_____
David O. Carter
United States District Judge