JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ELONZA JESSE TYLER, | ) | |
| Petitioner, | ) | Case No. EDCV 16-273 DOC(AJW) |
| vs. | ) | |
| STU SHERMAN, Warden, | ) | JUDGMENT |
| Respondent. | ) | |

**It is hereby adjudged** that petitioner's challenge to his 1997 conviction and sentence is dismissed for lack of jurisdiction and the remainder of the petition is denied.

Dated: July 22, 2016

_____
David O. Carter
United States District Judge